UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-08757 MWF (RAO)                      Date: March 10, 2016
Title:     Keith Darnell Campbell v. Garcia, et al.

Present:   The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

           Gay Roberson                                    N/A
           Deputy Clerk                             Court Reporter / Recorder

    Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

                N/A                                         N/A

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

    On November 10, 2015, Plaintiff Keith Darnell Campbell ("Plaintiff") filed a Request to Proceed Without Prepayment of Filing Fees ("Request"). (Dkt. No. 2.) On January 29, 2016, the Court identified deficiencies in Plaintiff's Request and ordered him to correct the deficiencies on or before February 29, 2016. (Dkt. No. 9.) As of the date of this order, Plaintiff has not filed an amended Request.

    IT IS THEREFORE ORDERED that Plaintiff must show cause, in writing, on or before **March 24, 2016**, why this case should not be dismissed due to his failures to prosecute and obey Court orders. Plaintiff may discharge his obligation to show cause by filing a completed Request by the deadline above. **Plaintiff is advised that failing to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.**

        **IT IS SO ORDERED.**

                                                              _____ : _____
                                              Initials of Preparer      gr