UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-08757 MWF (RAO)                Date:   April 25, 2016

Title:   Keith Darnell Campbell v. Garcia, et al.

Present:   The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**        (In Chambers) **ORDER *SUA SPONTE* EXTENDING DEADLINE TO SHOW CAUSE RE DISMISSAL**

On March 10, 2016, the Court ordered Plaintiff Keith Darnell Campbell ("Plaintiff") to show cause, in writing, on or before March 24, 2016, why this action should not be dismissed for failure to prosecute.  (Dkt. No. 10.)  Plaintiff did not timely show cause.

The Court hereby *sua sponte* extends the foregoing deadline.  Plaintiff must show cause, in writing, on or before **May 2, 2016**, why this action should not be dismissed for failure to prosecute, or alternatively, file a completed Request to Proceed Without Prepayment of Filing Fees by that date.

**Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

                                                                    _____ : _____

                                              Initials of Preparer        gr