UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 15-08757-MWF (RAO)                             Date:   June 27, 2016
Title:      Keith Darnell Campbell v. Garcia, et al.

Present:   The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):                  Attorneys Present for Defendant(s):

N/A                                                                        N/A

**Proceedings:**         (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

    On May 12, 2016, the Court issued an order directing service of process by the United States Marshal in this matter.  (*See* Dkt. Nos. 12-15.)  In that order, the Court ordered Plaintiff Keith Darnell Campbell ("Plaintiff") to file with the Clerk of Court, no later than June 12, 2016, a Notice of Submission indicating that all required documents were submitted to the United States Marshal for service of Plaintiff's complaint.  (Dkt. No. 13.)  As of the date of this order, Plaintiff has not filed a Notice of Submission.

    **IT IS THEREFORE ORDERED** that Plaintiff must show cause in writing on or before **July 18, 2016**, why this action should not be dismissed due to his failures to prosecute and obey Court orders.  Plaintiff may discharge his obligation to show cause by filing a completed Notice of Submission by the deadline above.  **Plaintiff is advised that his failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.**

    If Plaintiff no longer wishes to pursue this action, he may expedite matters by signing and returning a **Notice of Dismissal** by the deadline above.  A Notice of Dismissal form is attached to this Order for Plaintiff's convenience.

    **IT IS SO ORDERED.**

    Attachment.

                                                                                         :
                                                         Initials of Preparer        gr