UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DARNELL CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>GARCIA, et al.,<br><br>Defendants. | Case No. CV 15-08757 MWF (RAO)<br><br><br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: August 25, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE